E-FILED
Tuesday, 26 September, 2017  11:44:35 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

MICAH J. HOPKINS #R34998

Plaintiff

vs.

Guy D. Pierce, Andrew Tilden, Diane Pouk, Chasity Bungard, Sharon Kimes, Terri Arroyo, Susan Prentence, John Doe, Jamie Simmons, C/O Wilson, Traci Nadin, C/O Smith, Jade Drilla, Sgt. Miester, Lt. Punke, A.C.S. Warden, Maven, Wexford Health Sources, and Pontiac Correctional Center

Defendant(s)

Case No. 1:17-cv-01316-SEM-TSH
*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed
07.12.17 (date) by ___ (initials)
19 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## ✳ AMENDED ✳
### ✳ COMPLAINT ✳

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

✓ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: N/A

☐ Unknown N/A

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

I.  **Plaintiff(s):**

A.  Name: Micah d. Hopkins, Res. No. R34998

B.  List all aliases: Arnold Hopkins, Mike-Mike

C.  Prisoner identification number: R34998

D.  Place of present confinement: Pontiac Correctional Center

E.  Address: 700 West Lincoln, PO Box 99, Pontiac, IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Guy D. Pierce

Title: Warden

Place of Employment: Pontiac Correctional Center-IDOC

B.  Defendant: Andrew Tilden

Title: Medical Doctor

Place of Employment: Pontiac CC-Wexford Health Sources

C.  Defendant: Diane Paulk

Title: Director Of Nursing

Place of Employment: Pontiac CC-Wexford

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II.  Defendant(S) (Continued):

D.   Defendant: Chasity BunGARD
     Title: Nurse Supervisor
     Place Of Employment: Pontiac CC-Wexford

E.   Defendant: Sharon Kimes
     Title: Health Information Director
     Place Of Employment: Pontiac CC-Wexford

F.   Defendant: Terri Arrolo
     Title: Health Care Unit Administrator
     Place Of Employment: Pontiac CC-Wexford

G.   Defendant: Susan Prentence
     Title: MAjor
     Place Of Employment: Pontiac CC-IDOC

H.   Defendant: John/Jane Doe
     Title: Grievance Officer
     Place Of Employment: Pontiac CC-IDOC

I.   Defendant: Jamie Simmons-Horton
     Title: Correctional Counselor, CCII
     Place Of Employment: Pontiac CC-IDOC

J.   Defendant: C/O Wilson
     Title: Correctional Officer
     Place Of Employment: Pontiac CC-IDOC

K.   Defendant: Traci Nodin
     Title: SerGeAnt
     Place Of Employment: Pontiac CC-IDOC

L.   Defendant: C/O Smith
     Title: Correctional Officer
     Place Of Employment: Pontiac CC-IDOC

M.   Defendant: Jade Orilla
     Title: Nurse
     Place Of Employment: Pontiac CC-Wexford

(2-A)

II.   Defendants (Continued):

N.   Defendant: <u>Minster</u>
Title: <u>Sergeant</u>
Place Of Employment: <u>Pontiac CC- IDOC</u>

O.   Defendant: <u>Funke</u>
Title: <u>Lieutenant</u>
Place Of Employment: <u>Pontiac CC - IDOC</u>

P.   Defendant: <u>Mavin</u>
Title: <u>Assistant Warden</u>
Place Of Employment: <u>Pontiac CC - IDOC</u>

(2-B)

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____ N/A _____
N/A

B.  Approximate date of filing lawsuit: _____ N/A _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ N/A ___
N/A
N/A

D.  List all defendants: _____ N/A _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____ N/A _____

G.  Basic claim made: _____ N/A _____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____ N/A _____

I.  Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

On April 5, 2016 Defendant's Pierce, Pauk, Bungard, Kimes, And Arroyo refused to grant me relief on grievances that I filed on medical emergency issues I was having. I filled out numerous medical request slips complaining to the above Defendants and Defendant's Tilden, Prentence, John/Jane Doe, Simmons, Wilson, Nodin, Smith, Drilla, Miester, Punke, Mavin; about a serious medical need for months on end with no assistance at all while I suffered. I received the eighteen medical request and seven Grievances back causing me to experience Anxiety And depression on top of my severe Asthmatic breathing condition. My requests and Grievances all asked even at times begging for an Asthma inhaler to be Given to me, especially once the Tactical Team and Lt's saw fit to spray mace in closed Quarter confinement boxes. The deployment of mace And Pepper spray at all times of the day and night without my inhaler left me requesting medical attention eighteen seperate times,

4

some of which I could not even summon the help I needed. I would at times black out, bump and bang my head and other extremeties, and even spit up blood. My medical records clearly show my asthmatic condition preexisting prior to coming to prison, with a prescribed inhaler issued to me at NRC Stateville right before I arrived at Pontiac CC. Each individual listed herein were personally notified by me in writting and all of them ignored my requests for medical attention. I filed an emergency grievance on April 5, 2016 to Defendant Pierce who denied it an emergency so I sent it to Defendant Simmons. Simmons denied it so I sent my grievance to Defendant John Jane Doe who never returned my grievance. I filed an additional grievance to Defendant Mayin then to all of the other aforementioned to no avail on April 11, 2016. All I needed was my asthma inhaler which I didn't receive until April 19, 2016 after going to sick call five (5) seperate times for not being able to breathe since pepper spray/mace is constantly sprayed in Pontiac CC.

Revised 9/2007

Requested Relief

A) Issue a Declaratory Judgement that my Eighth Amendment right was violated; Order All Defendants to Pay Plaintiff Compensatory Damages of $1,800 apiece under the Deliberate Indifference Standard; attribute all attorney and court cost/fees to Defendants; and grant any other relief deemed fair and just

JURY DEMAND        Yes ☑        No ☐

Signed this    11th    day of    July    , 20 17 .

                    /s/    _____

                                    ( Signature of Plaintiff)

| Name of Plaintiff:<br>Micah J. Hopkins | Inmate Identification Number:<br>R 34998 |
|---|---|
| Address: Pontiac Correctional Center<br>700 W. Lincoln, P.O. Box 99<br>Pontiac, Illinois 61764 | Telephone Number:<br>(815) 842-2816 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

W:03:07

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize ___Pontiac C.C.___ to release the following information: (State
Facility

specific medical health information to be disclosed including date(s) or date range)

_Medical check ups and Asthma treatment_
_also day Asthma inhalor was given to me_
_. 4-19-16/6-17-16 All check ups..._

---

☐ At Request of Offender and/or: _I need medical records_
Purpose of disclosure

from the records of _R34998_  _Micah j Hopkins_
ID#                              Print Offender's Name

to: ☑ Self  ☐ Authorized Attorney  ☐ Health Care Facility  ☐ Other: _____  JUN 05 REC'D

Name: _Micah j Hopkins  R'34998_
Print Name

Address: _Pontiac C.C. P.O.Box99_
Street Address

_Pontiac_  _Ill_  _61764_
City                                    State        Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

*Copied 7 pages of*
*Medical Records on 6/5*

☐   45 days from date of signature

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

**Signature:**

_____

Signature of Offender or Person Authorized to Consent                    Relationship                          Date

Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File

Printed on Recycled Paper                    DOC 0241 (Rev. 01/2005)

**ILLINOIS DEPARTMENT OF OFFENDER**
Offender Transfer Summary

| | |
|---|---|
| **Transferring Facility:** NRC | **Offend** R34998  HOPKINS, MICAH J. |
| Center | **Age:** 30  **DOB:** 06/22/1984  **ID#:** |
| **Date:** 4 / 6 / 16  **Time:** | **Race:** BLK  **Sex:** M |
| | NRC 05/21/2015  30 |

**Transfer Screening** (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA    **Food Handler Approved:** _____

**Current / Acute Conditions / Problems:** None

**Chronic Conditions / Problems:** HTN, Asthma

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** None

**Chronic Long-term:** None

**Chronic Psychotropic:** None

**Current Treatments:** None

**Therapeutic Diets:** Reg.

**Follow-Up Care:** RHC

**Chronic Clinics:** HTN, Asthma

**Specialty Referrals:** None

**Significant Medical History:** HTN, Asthma

**Physical Disabilities / Limitations:** None

**Assistive Devices / Prosthetics:** None    ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: _____   ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☑ Alcohol  ☐ Drugs

**R & C Use Only:** ☐ EKG  ☐ LAB?  ☐ EKG?  ☐ CXR?  ☐ Dental?  ☐ MEDS?  ☐ Other?    ☐ Packet Complete?

| | | |
|---|---|---|
| J. Henning, LPN | [signature] | 4, 6, 16 |
| Print Name and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** PON    **Date:** 4, 6, 16    **Time:** 11^(a?)  ☐ a.m. ☐ p.m.

**Subjective:**

**Current Complaint:** ∅

**Assessment:** 157%

**Current Medications/Treatment:** HCTZ, Lisinopril, Albuterol Inh

**Objective:**

**Physical Appearance/Behavior:** _____

**Deformities: Acute/Chronic:** _____

T: 98.0  P: 68  R: 16  B/P: 138/90

**Plan: Disposition:**
☑ Health Information Given   ☐ Emergency Referral: _____
☑ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement:
☐ Other (specify): _____

| | | |
|---|---|---|
| T. Gellesixen | T. Gellesixen | 4, 6, 14 |
| Printed Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____     _____     _____  ☐ a.m. ☐ p.m.
Offenders Signature     Date     Time

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

N115

_____ **Pontiac Correctional** _____ Center

**Offender Information:**

HopKins          Micah                    ID#: R34998
Last Name         First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/6/16 11:00 Am. | | P: Øcurrent med. orders at this time put on asthma + HTN Clinic referral given to psych for hx of tx of mood D/O. |
| | RN / CMT NOTE | |
| | O. Medical Record Screened | |
| | See Orientation Checklist. | |
| | O. Orientation Interview Completed. ✓ | |
| | Food Handler Approved (YES) NO  TKellesukR | Sellem |
| 5/4/16 9Am. | RN Note) CC. completed      TKellesikR | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Pontiac Correctional__    Center

Offender Information:

Hopkins    Micah    ID#: R34998
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/9/16 150 P. 124/76 98% 67. wt 160 | SICK CALL Pt. presents for BP check as scheduled. | [signature] |
| 5/11/16 10A | SICK CALL O: BP √ done, result – 124/88 – | SS [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7107)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

**Transferring Facility:** Pontiac Center

**Offender Information:** Hopkins (Last Name) Micah (First Name) MI **ID#:** R34 998

**Date:** 5 / 12 / 16 **Time:** 230 ☒ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|

**Allergies:** NKA     **Food Handler Approved:** yes 4/4/16

**Current / Acute Conditions / Problems:** None

**Chronic Conditions / Problems:** HTN, Asthma

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ∅

Chronic Long-term: ∅

Chronic Psychotropic: Xopenex 45 mcg Inh 1-2 puffs QD X 7 months (5/4/16)

**Current Treatments:** ∅

**Therapeutic Diets:** ∅

**Follow-Up Care:** RHC

**Chronic Clinics:** HTN, Asthma

**Specialty Referrals:** ∅

**Significant Medical History:** HTN, Asthma

**Physical Disabilities / Limitations:** ∅

**Assistive Devices / Prosthetics:** ∅   ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☒ Alcohol  ☐ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other _____   ☐ Packet Complete

N. Dingley RN
Print Name and Title

_____ RN (Signature)

5 / 12 / 16 Date

**Reception Screening** (completed by receiving facility health care staff):

☐ a.m. ☐ p.m.

**Facility:** _____ **Date:** ___/___/___ **Time:** _____

**Subjective:**
Current Complaint: _____

**Assessment:** _____

Current Medications/Treatment: _____

**Objective:**
Physical Appearance/Behavior: _____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ Other (specify): _____

Deformities: Acute/Chronic: _____

T: _____ P: _____ R: _____ B/P: _____ / _____

_____
Printed Name and Title

_____
Signature

___/___/___
Date

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

☐ a.m. ☐ p.m.

_____
Offenders Signature

_____
Date

_____
Time

DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pontiac Correctional _____ Center

Offender Information:

Last Name: Hopkins

First Name: _____

MI: _____

ID#: R34998

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5.16.16 | SICK CALL | |
| 123⁰ m | B/P ✓ 130/90   TGellashRN | |
| 5/19/16 1:30pm | SICK CALL | 5/19/16 |
| wt = 159 lbs | Pt presents for. | noted |
| | BP ✓ as scheduled. | 10:10am McWoethy |
| | 110/80 70 16 98²⁰. ✗delote RN | |
| 5/23/16 | SICK CALL | |
| 6-6-16 | SICK CALL | HCTZ 25mg ⊤ PO QD × 7m |
| 2:15 Pm | 130/84 77 16 97²⁰ | D/C from BP check |
| | | ✗delote RN |
| | | aJsmith 6-7-16 |
| | | 02 2004 |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pontiac Correctional _____ Center

| Offender Information: |
|---|
| |
| Last Name _____  First Name _____  MI _____  ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Pontiac Correctional Center

Offender Information:

Hopkins _____ Micah. _____ ID#: R34998
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6/5/16 1:30p | P A Note<br>Pt 's UA lab result is abnormal indicating UTI. | Bactrim DS ⊤ PO BID X 14 days.<br>noted 6/7/16 1:55p |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Pontiac Correctional Center

Offender Information:

_____   _____  ___  ID#: _____
Last Name                        First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |
|           |                                  |       |

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

| | |
|---|---|
| **Transferring Facility:** _Pontiac_ Center | **Offender Information:** |
| | Last Name: _Hopkins_  First Name: _Micah_  MI: |
| | ID# _R34998_ |

Date: _6,10,16_  Time: _1:30_  ☑ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _NKA_   Food Handler Approved: _yes_

Current / Acute Conditions / Problems:

Chronic Conditions / Problems: _HTN, asthma_

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: _∅_

Chronic Long-term: _Hctz 25mg daily, Xopenex 45mcg inh 1-2 puffs qd_

Chronic Psychotropic:

Current Treatments: _∅_

Therapeutic Diets: _reg_

Follow-Up Care: _RTC_

Chronic Clinics: _HTN, asthma_

Specialty Referrals:

Significant Medical History: _HTN, asthma_

Physical Disabilities / Limitations:

Assistive Devices / Prosthetics: _____   ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt. Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   ☐ Packet Complete

| Print Name and Title | Signature | Date |
|---|---|---|
| _J Feul RN_ | _J Feul RN_ | _6/10/16_ |

Reception Screening (completed by receiving facility health care staff):   ☐ a.m. ☐ p.m.

Facility: _____   Date: ___/___/___   Time: _____

**Subjective:**
Current Complaint: _____

Current Medications/Treatment: _____

**Assessment:** _____

**Objective:**
Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T: _____ P: _____ R: _____ B/P: ___/___

**Plan:** Disposition:
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ Other (specify): _____

| Printed Name and Title | Signature | Date |
|---|---|---|
| | | ___/___/___ |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature _____   Date _____   Time _____   ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:**
_Pontiac_ Center

**Offender Information:**
Last Name: _Hutchins_  First Name: _Micah_  MI: ___  ID# _B34998_

Date: _6/10/16_  Time: _1:30_  ☑ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|

Allergies: _NKA_                                      Food Handler Approved: _yes_
Current / Acute Conditions / Problems: ___
Chronic Conditions / Problems: _HTN asthma_

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: _∅_
Chronic Long-term: _HCTZ 25mg daily    Xopanex 45mcg inh 1-2 puffs_
Chronic Psychotropic: ___

Current Treatments: _∅_

Therapeutic Diets: _low ___

Follow-Up Care: _ATC_

Chronic Clinics: _HTN asthma_

Specialty Referrals: ___

Significant Medical History: _HTN asthma_

Physical Disabilities / Limitations: ___

Assistive Devices / Prosthetics: ___   ☐ Glasses ☐ Dentures ☐ Hearing Aid
Mental Health Issues: ☐ Hx Suicide Attempt  Date ___ / ___ / ___   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs
R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___   ☐ **Packet Complete**

Print Name and Title: _____   Signature: _____   Date: _6/10/16_

**Reception Screening** (completed by receiving facility health care staff):
Facility: _Pon CC_                          Date: _6/17/16_  Time: _4:30_  ☐ a.m. ☑ p.m.
Subjective:
Current Complaint: _∅  court writ_
Current Medications/Treatment: _see above_

Assessment: _A+0 x3. NAD. ∅ C/o pain. Breathes easy. Steady gait._

Objective:
Physical Appearance/Behavior: _WNL_

Deformities: Acute/Chronic: _∅_

T: _98.0_  P: _84_  R: _18_  B/P: _120/82_
     _96%_

Plan/Disposition
☑ Health Information Given    ☐ Emergency Referral: ___
☐ Sick Call:  Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement:
☐ Other (specify): ___

Printed Name and Title: _S Joneson R_   Signature: _Joneson R_   Date: _6/17/16_

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature ___   Date ___   Time ___   ☐ a.m. ☐ p.m.