UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Micah J. Hopkins, #R-34998, )
)
   Plaintiff, )
)
v. ) No. 17-1316-SEM-TSH
)
Guy Pierce, *et al.*, )
)
   Defendants. )

## STIPULATION OF DISMISSAL

Plaintiff, Micah J. Hopkins, *pro se*, and Defendants, Teresa Arroyo, Jamie Horton, Sharon Kimes, Michael Melvin, Randall Meister, Tracey Nodine, Guy Pierce, Susan Prentice, Todd Punke, Zach Smith, and Trevor Wilson, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice. Plaintiff and Defendants agree as follows:

1. On July 6, 2017, Plaintiff filed a complaint against Defendants. (Doc. 1.)

2. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits the parties to voluntarily dismiss an action by signed stipulation.

3. The claims against Defendants shall be dismissed with prejudice and without leave to reinstate.

4. Plaintiff and Defendants shall bear their own attorney's fees, costs, and expenses.

s/ Micah Hopkins     R-34998     s/ Jeremy C. Tyrrell
_____     _____
Micah J. Hopkins, *pro se*     Jeremy C. Tyrrell, #6321649
    Assistant Attorney General
    *Attorney for Defendants*
Dated: 10-24-19

Dated: 10/31/2019

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Micah J. Hopkins, #R-34998, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-1316-SEM-TSH |
| Guy Pierce, *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019, the foregoing document, *Stipulation of Dismissal*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Brent J. Colbert    bcolbert@cassiday.com

and I hereby certify that on the same date, I caused a copy of the same to be mailed by United and I hereby certify that on the same date, I caused a copy of the same to be mailed by United States Postal Service, in an envelope, properly addressed and fully prepaid, to the following non-registered participant:

Micah Hopkins #R-34998
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell #6321649
Assistant Attorney General